

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br> ANTHONY A. CAMPAGNONE, <br> Debtor | Ch. 7 <br> 19-12685-FJB |

## Order

**MATTER:**

#48; Motion filed by Debtor Anthony A. Campagnone to Convert Case to Chapter 13 with certificate of service. (Weinberg, Herbert)

Granted: this case is hereby converted to one under chapter 13.

By the Court,

*/s/ Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 3/13/2020