UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:
ANTHONY A. CAMPAGNONE,
    Debtor.

Chapter 13
Case No. 19-12685

# AMENDED OPPOSITION TO MOTION TO FILE LATE CLAIM

Anthony A. Campagnone, (the "Debtor") objects to the Motion to File Late Claim (the "Motion"). In support, the Debtors represent as follows:

1. The Bankruptcy of the Debtor was filed more than a year ago on August 6, 2019.
2. On August 8, 2019, the Debtor filed a suggestion of bankruptcy in the litigation between Anthony Romano and the Debtor and a corporation owned by the Debtor.
3. Debtor's Counsel, John Regan, has advised the undersecured that he had discussions with Mr. Romano's Counsel about the automatic stay precluding acting against the Debtor but not his corporation, C&C Distribution and Vending, Inc.
4. Anthony Romano was listed on the creditor matrix and Schedules.
5. Anthony Romano received 7 notices and pleadings from the Bankruptcy Court, Chapter 7 Trustee, and the Debtor as follows:
   a. The notice of 341 meeting on August 6, 2019.
   b. The notice of conversion on March 15, 2020.
   c. The Court's notice of 341 meeting on March 17, 2020.
   d. The Chapter 13 Plan on April 13, 2020.
   e. The Notice of Hearing of Fee Application of the Chapter 7 Trustee on April 13, 2020.
   f. The Amended Plan on June 17, 2020.
   g. The Amended Plan on July 15, 2020.
6. Eleven creditors timely filed claims.
7. The shutdown for Massachusetts ended May 18, 2020, more than 3 months ago. Anthony Romano received yet another Chapter 13 plan post-shutdown on June 17, 2020.
8. As the June 17th Chapter 13 Plan reflected creditors collectively had claims significantly less than $500,000, Romano had actual notice of more than two months

before filing the Motion to File Late Claim that his claim was not being paid through the Chapter 13 Plan.

9. While Romano ignored all the pleadings that came to him, the Debtor spent considerable time over several months resolving the concerns of a creditor and Chapter 13 Trustee so he now has a Chapter 13 Plan that can be confirmed.

10. The Debtor asserts that if Anthony Romano has a claim, it is against the Debtor's corporation, C&C Distributing and Vending, Inc.

WHEREFORE, Anthony J. Campagnone respectfully requests that this Court enter an Order:

(a) denying the Motion to File Late Claim; and

(b) for such other relief as this Court deems just and proper.

DATED: September 8, 2020

/s/ Herbert Weinberg
Herbert Weinberg, BBO #550415
Rosenberg & Weinberg
805 Turnpike Street
North Andover, MA 01845
(978) 683-2479
hweinberg@jrhwlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:
ANTHONY A. CAMPAGNONE,
    Debtor.

Chapter 13
Case No. 19-12685

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Amended Opposition to Motion to File Late Claim was this day sent, by mailing, first class mail, postage prepaid, or through the Court's ECF systems to the following:

| | |
|---|---|
| Anthony A. Campagnone<br>40 Fernview Avenue<br>Apt. #7<br>North Andover, MA 01845 | John Fitzgerald<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109 |
| Adam J. Ruttenberg<br>Stewart F. Grossman<br>Arent Fox LLP<br>Prudential Tower<br>800 Boylston Street<br>32nd Floor<br>Boston, MA 02199 | David T. Mazzuchelli<br>MA Dept. Of Revenue, Litigation Bureau<br>100 Cambridge Street, Seventh floor<br>P.O. Box 9565<br>Boston, MA 02114 |
| Carolyn Bankowski-13-12<br>Chapter 13-12 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114 | Anthony Romano<br>c/o Patrick M. Groulx<br>Isenberg Groulx, LLC<br>368 W Broadway, Suite 2 Boston, MA 02127 |

Signed under the penalties of perjury this 8th day of September, 2020.

/s/ Herbert Weinberg
Herbert Weinberg (BBO #550415)
Rosenberg & Weinberg
805 Turnpike Street, Suite 201
North Andover, MA 01845
(978) 683-24769
hweinberg@jrhwlaw.com